IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 23-cv-2853-CNS-NRN

ALEXANDRO DURAN,

    Plaintiff,

v.

WELLPATH, LLC;
THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF EL PASO, COLORADO;
SHERIFF JOSEPH ROYBAL, in his official capacity;
GEORGE SANTINI,

    Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's May 27, 2025 Order, *see* ECF No. 108, the parties submit the following joint status report.

1.    On June 17, 2025, the Plaintiff and the El Paso County Defendants participated in mediation and reached a tentative settlement agreement, which is still pending final approval by the El Paso County Board of County Commissioners.

2.    As Plaintiff reported in his May 23, 2025 motion to reopen the case, *see* ECF No. 107, Plaintiff plans to proceed with his claims against Defendant Santini. Plaintiff is still in the process of determining how to proceed on his claims against Wellpath; Plaintiff might seek leave to amend the Complaint in this case to add the bankruptcy liquidating trust as a party, but Plaintiff's counsel needs additional time to make that determination.

3. For these reasons, the parties propose that the Court order the parties to file another joint status report on or before July 24, 2025 to report on the status of settlement with the County Defendants and a proposed case management plan on the remaining claims in the case.

Respectfully Submitted:

By: /s/Elizabeth Mazur
Elizabeth Mazur
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison, Suite 4000
Chicago, IL 60602
(312) 580-0100
emazur@hsplegal.com

Aurora L. Randolph
ALR Civil Rights, LLC
9878 W. Belleview Ave., Suite 2129
Denver, CO 80123
aurora@alcivilrights.com

*Attorneys for Plaintiff*

By: s/Steven Ward Martyn
Nathan Whitney
Steven Ward Martyn
Meri V. Geringer
Office of the County Attorney, El Paso County
200 S. Cascade Ave
Colorado Springs, CO 8903
MeriGeringer2@elpasoco.com
StevenMartyn@elpasoco.com
NathanWhitney@elpasoco.com

*Attorneys for El Paso County Defendants*

By: s/Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina R. Rood, #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

*Attorneys for Wellpath Defendants*

2

**CERTIFICATE OF SERVICE**

      I, Elizabeth Mazur, an attorney, certify that on June 24, 2025, I served a copy of this Joint Status Report on all counsel of record by filing on the CM/ECF system.

/s/Elizabeth Mazur