IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02853-CNS-NRN

ALEXANDRO DURAN,

    Plaintiff,

v.

WELLPATH, LLC;
THE BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF EL PASO, COLORADO;
SHERIFF JOSEPH ROYBAL, in his official capacity, and
GEORGE SANTINI, individually,

    Defendants.

## NOTICE OF SETTLEMENT

Defendant, Wellpath, LLC ("Wellpath"), notifies the Court that it has reached an agreement to settle this matter with Plaintiff. Wellpath anticipates filing a Stipulation for Dismissal with Prejudice within the next 60 days.

/ / /


/ / /


/ / /


/ / /

- 2 -

Dated: July 7, 2025

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendant Wellpath & Santini*

- 3 -

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 7th day of July, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Elizabeth Mazur
Emily R. Brown
HUGHES SOCOL PIERS RESNICK & DYM, Ltd.
70 W. Madison Street, Ste. 4000
Chicago, IL 60602
emazur@hsplegal.com
ebrown@hsplegal.com
*Attorneys for Plaintiff*

Aurora L. Randolph
ALR CIVIL RIGHTS, LLC
9878 w. Belleview Ave., Ste. 2129
Denver, CO 80123
aurora@alrcivilrights.com
*Attorneys for Plaintiff*

Meri V. Geringer
Senior Assistant County Attorney
Steven Ward Martyn
Assistant County Attorney
OFFICE OF THE COUNTY ATTORNEY, EL PASO COUNTY
200 S. Cascade Ave.
Colorado Springs, CO 80903
MeriGeringer2@elpasoco.com
*StevenMartyn@elpasoco.com*
*Attorneys for El Pasco County Defendants*

By: /s/ E. Glover