IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 23-cv-02853-CNS-NRN | Date: July 17, 2025 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| ALEXANDRO DURAN | *Elizabeth Mazur* |
| | *Aurora Randolph* |
| **Plaintiff** | |
| v. | |
| WELLPATH LLC | *Ashlee Hesman* |
| THE BOARD OF COUNTY COMMISSIONERS | *Meri Geringer* |
| OF THE COUNTY OF EL PASO COLORADO | *Steven Martyn* |
| JOSEPH ROYBAL | |
| GEORGE SANTINI | |
| **Defendants** | |

## COURTROOM MINUTES

**TELEPHONE STATUS CONFERENCE**

Court in Session: 1:30 p.m.

Appearance of counsel. All participants are present via telephone.

Discussion held on the status of the case, bankruptcy proceedings as to Wellpath, and stipulations to dismiss.

The Court will wait for a Stipulation of Dismissal as to Wellpath before acting on the Stipulation of Dismissal as to George Santini.

**ORDERED:** Parties are to file a Stipulation to Dismiss or Joint Status Report as to the El Paso County defendants on or before August 7, 2025.

Court in Recess: 1:40 p.m.        Hearing concluded.        Total time in Court: 00:10